**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 37 MAL 2023

Respondent     :

    :    Petition for Allowance of Appeal
    :    from the Order of the Superior Court

v.     :

RYAN STANFORD LEE,     :

Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.